

United States District Court
Middle District of Florida
401 West Central Boulevard, Suite 5750
Orlando, Florida 32801-0575

Gregory A. Presnell
United States District Judge

407-835-4301

May 20, 2009

RECEIVED 2009 MAY 27 A 10: 19 FINANCIAL DISCLOSURE OFFICE

Mr. Bobby R. Baldock
Chair, Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

Re:    Amendment to 2008 Financial Disclosure Report

Dear Mr. Baldock:

In response to your letter of May 13, 2009, the following information is provided as an amendment to my Financial Disclosure Report for 2008:

President, Residential Homeowners Association (Grande Quay Homeowners Association)

I would request that this information be redacted when provided to third parties. Thank you.

Sincerely,



GAP/tkw

Presnell_Gregory_A

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Presnell, Gregory A. | 2. Court or Organization<br><br>Middle Dist/FL, Orlando Div. | 3. Date of Report<br><br>4/24/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>401 West Central Blvd.<br>Suite 5750<br>Orlando, FL 32801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Residential Homeowners Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2009 APR 27 A 10:16
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Akerman, Senterfitt & Eidson law firm compensation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. PSM Holdings, Inc. | Air travel ▇▇▇ Orlando to Marsh-Harbour, Bahamas | $200.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank Account #1 (GP) | A | Interest | K | T | | | | | |
| 2. SunTrust Bank Account #2 ▉ | A | Interest | M | T | | | | | |
| 3. | | | | | | | | | |
| 4. Brokerage Account (MS-GP) | | | | | | | | | |
| 5. Nuveen Mun. Value Fund | B | Interest | K | T | | | | | |
| 6. Liquid Asset Fund | A | Interest | J | T | | | | | |
| 7. Real Estate Fund | A | Dividend | | | Sold | 1/17 | J | A | |
| 8. Cape Coral Bd. | A | Interest | J | T | | | | | |
| 9. I Shares Emer. Mkt | A | Dividend | J | T | | | | | |
| 10. S&P Nat. Resource (Note 1) | A | Dividend | J | T | Sold (part) | 7/10 | J | A | |
| 11. I Shares MSCI-EAFE | A | Dividend | J | T | | | | | |
| 12. I Shares Russ. 2000 | A | Dividend | J | T | Buy | 1/17 | J | | |
| 13. I Shares Russ. 1000 | A | Dividend | J | T | | | | | |
| 14. Amex S&P 500 | A | Dividend | J | T | | | | | |
| 15. iShares Lehamn Tr. | A | Dividend | J | T | Buy | 8/8 | J | | |
| 16. Vanguard Consumer St. | A | Dividend | J | T | Buy | 8/8 | J | | |
| 17. Vanguard TTL Stk. Mkt. | A | Dividend | J | T | Buy | 1/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19.   Brokerage Account (MS-█████ | | | | | | | | | |
| 20.   Nuveen Mun. Value Fund | A | Dividend | K | T | Buy | 4/16 | J | | |
| 21.   Liquid Asset Fund | A | Dividend | L | T | Sold (part) | 5/14 | K | A | |
| 22.   MSDW Global Div. Gr. | A | Dividend | J | T | Sold (part) | 1/16 | J | A | |
| 23.   Putnam U.S. Gov't | A | Dividend | J | T | | | | | |
| 24.   U.S. Gov't Sec. | A | Dividend | J | T | | | | | |
| 25.   Amex S&P 500 | A | Dividend | J | T | | | | | |
| 26.   I Shares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 27.   I Shares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 28.   Broward Co. W&S Bd. | A | Interest | J | T | | | | | |
| 29.   Alliance Berger Muni-Fi | A | Dividend | J | T | | | | | |
| 30.   Franklin Real Estate | A | Dividend | | | Sold | 1/14 | J | A | |
| 31.   Allianz Sm. Cap | A | Dividend | J | T | | | | | |
| 32.   Templeton Foreign Fd. | A | Dividend | J | T | | | | | |
| 33.   Hernando Cty Bd. | A | Interest | J | T | | | | | |
| 34.   Hillsborough Cty Bd. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ocala W&S Bd. | A | Interest | | | Redeemed | 10/1 | J | A | |
| 36. I Shares Russ. 2000 | A | Dividend | J | T | Buy | 1/31 | J | | |
| 37. I Shares MSCI Emer. | A | Dividend | J | T | | | | | |
| 38. I Shares Lehman | B | Dividend | K | T | Buy | 7/15 | K | | |
| 39. S&P Nat. Resource (Note 1) | A | Dividend | | | Sold | 7/10 | J | C | |
| 40. I Shares MSCI EAFE | A | Dividend | J | T | | | | | |
| 41. Fidelity NASDAQ | A | Dividend | J | T | | | | | |
| 42. I Shares S&P Mid Cap 400 | A | Dividend | J | T | | | | | |
| 43. I Shares DJ Select | A | Dividend | K | T | Buy | 4/16 | J | | |
| 44. Lee Co. Bond | A | Interest | J | T | | | | | |
| 45. Mia-Dade Bond | A | Interest | K | T | | | | | |
| 46. iShares IBOXX | B | Dividend | K | T | Buy | 4/16 | J | | |
| 47. | | | | | Buy | 7/15 | J | | |
| 48. Vanguard Con. St. ETF | A | Dividend | K | T | Buy | 4/21 | J | | |
| 49. | | | | | Buy | 7/15 | J | | |
| 50. Boca Raton Bd. | A | Interest | J | T | Buy | 1/29 | J | | |
| 51. Hawaii Bd. | A | Interest | J | T | Buy | 4/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FSU Bd. | A | Interest | J | T | Buy | 8/11 | J | | |
| 53. | | | | | | | | | |
| 54. Vanguard (GP) | | | | | | | | | |
| 55. Prime MM Fund | C | Dividend | M | T | Sold (part) | 7/14 | L | A | |
| 56. Total Bond Mkt. | B | Dividend | K | T | | | | | |
| 57. Fl. Tax Exempt | A | Dividend | K | T | | | | | |
| 58. Asset Allocation Fd. | A | Dividend | K | T | | | | | |
| 59. Euro Stock Index | A | Dividend | J | T | | | | | |
| 60. Health Care | C | Dividend | K | T | | | | | |
| 61. REIT Index | A | Dividend | J | T | | | | | |
| 62. Sm Cap. Index | A | Dividend | K | T | | | | | |
| 63. Tax-Managed G&I | A | Dividend | K | T | | | | | |
| 64. Tax-Managed Inter'l | A | Dividend | K | T | | | | | |
| 65. Windsor II | A | Dividend | K | T | | | | | |
| 66. GNMA Fund | A | Dividend | J | T | | | | | |
| 67. Inter-Term Bd. Index | A | Dividend | K | T | Buy | 7/14 | J | | |
| 68. Short-Term Bd. Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Strategic Equity Fd. | A | Dividend | K | T | | | | | |
| 70. Emerging Mkt. Stock Index | A | Dividend | K | T | | | | | |
| 71. Inter. Term Bd. Index (Note 2) | | | | | | | | | |
| 72. Inter. Term Tax Exempt (Note 3) | | | | | | | | | |
| 73. Asset Alloc. Fd. (Note 4) | | | | | | | | | |
| 74. Sm Cap. Val. Index (Note 5) | | | | | | | | | |
| 75. Tips Bd. | A | Dividend | K | T | Buy | 7/14 | K | | |
| 76. | | | | | | | | | |
| 77. Vanguard█ | | | | | | | | | |
| 78. Mid-Cap | A | Dividend | J | T | | | | | |
| 79. Prime MM Fd. | C | Dividend | M | T | Sold (part) | 4/23 | L | | |
| 80. Emerging Mkts Stock Index | A | Dividend | K | T | | | | | |
| 81. Equity Income Fd. | A | Dividend | K | T | | | | | |
| 82. Global Equity Fd. | A | Dividend | K | T | Buy | 4/23 | J | | |
| 83. 500 Index Fd. | A | Dividend | J | T | Buy | 4/23 | J | | |
| 84. Sm. Cap. Index Fd. | A | Dividend | J | T | | | | | |
| 85. Windsor II Fd. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Total Bond Mkt. Index | A | Dividend | K | T | Buy | 7/14 | K | | |
| 87.   Inflation Protected Sec. | A | Dividend | K | T | Buy | 4/23 | K | | |
| 88.   Fl. L.T. Tax Ex. | B | Dividend | K | T | Buy | 7/14 | J | | |
| 89.   Select Val. Fd. | A | Dividend | K | T | | | | | |
| 90.   Sm Cap. Val. Index (Note 6) | A | Dividend | J | T | Buy | 7/24 | J | | |
| 91.   Inter. Term Tax Ex. | A | Dividend | K | T | Buy | 4/23 | K | | |
| 92.   Inter. Term. Bd. Ind. | A | Dividend | K | T | Buy | 4/23 | K | | |
| 93.   Asset Allocation Fd. | A | Dividend | J | T | Buy | 4/23 | J | | |
| 94. | | | | | | | | | |
| 95.   Vanguard Annuity ▉ | | | | | | | | | |
| 96.   Money Market | | None | J | T | | | | | |
| 97.   Total Bond Market | | None | K | T | | | | | |
| 98.   Short Term Corp. | | None | J | T | | | | | |
| 99.   Balanced | A | Dividend | | | Sold | 1/14 | J | A | |
| 100.   Diversified Value | | None | J | T | | | | | |
| 101.   Equity Income | | None | J | T | | | | | |
| 102.   Equity Index | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Growth | | None | J | T | | | | | |
| 104. Mid-Cap Index | | None | J | T | | | | | |
| 105. REIT Index | | None | | | Sold | 1/14 | J | A | |
| 106. Small Co. Growth | | None | J | T | | | | | |
| 107. International | | None | J | T | | | | | |
| 108. High Yield Bond | A | Dividend | | | Sold | 1/14 | J | A | |
| 109. Total Stock Mkt. Index | | None | J | T | Buy | 1/14 | J | | |
| 110. Boggy Creek Ltd.-Orange County, FL | D | Distribution | K | W | | | | | |
| 111. Jetport Ltd., Orange County, FL | E | Distribution | M | W | | | | | |
| 112. Wetherbee Ltd., Orange County, FL | | None | N | W | | | | | |
| 113. Airport Industrial, Ltd., Orange County, FL | | None | M | W | | | | | |
| 114. | | | | | | | | | |
| 115. IRA (MS-███ | | | | | | | | | |
| 116. MSDW Global Div. Growth Fund | A | Dividend | J | T | | | | | |
| 117. MSDW U.S. Govn't Securities | A | Dividend | K | T | | | | | |
| 118. MSDW Div. Growth | B | Dividend | J | T | | | | | |
| 119. Liquid Asset Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  MS Real Estate Fund | A | Dividend | | | Sold | 1/15 | J | A | |
| 121.  Amex S&P 500 | A | Dividend | J | T | | | | | |
| 122.  I Shares MSCI-EAFE | A | Dividend | J | T | | | | | |
| 123.  I Shares Russell 1000 Gr. | A | Dividend | J | T | Buy | 9/10 | J | | |
| 124.  I Shares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 125.  I Shares Russell 2000 Index | A | Dividend | K | T | Sold (part) | 1/15 | J | A | |
| 126.  Pimco High Yield | A | Dividend | | | Sold | 1/15 | J | A | |
| 127.  Pimco Total Return | A | Dividend | K | T | Buy | 1/15 | J | | |
| 128.  I Shares MSCI Emer. Mkt. | A | Dividend | J | T | | | | | |
| 129.  S&P No. Amer. NR (Note 7) | A | Dividend | J | T | | | | | |
| 130.  I Shares Trust Lehman Treas. | A | Dividend | J | T | Buy | 8/8 | J | | |
| 131.  Vanguard Consumer St. | A | Dividend | J | T | Buy | 8/8 | J | | |
| 132.  iShares Lehman-Agg. | A | Dividend | J | T | Buy | 1/15 | J | | |
| 133. | | | | | | | | | |
| 134.  IRA-Fidelity (GP) | | | | | | | | | |
| 135.  Franklin Mtg Portfolio | A | Dividend | | | Sold | 1/22 | J | A | |
| 136.  Fidelity Cash Reserves | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Fidelity Real Estate | A | Dividend | J | T | | | | | |
| 138. JP Morgan RE | A | Dividend | J | T | | | | | |
| 139. Wilshire Lg. Gr. | A | Dividend | L | T | Sold (part) | 1/28 | K | A | |
| 140. Dreyfus Emer. Mkt. | A | Dividend | | | Sold | 1/28 | K | A | |
| 141. Lehman High Income | A | Dividend | | | Sold | 1/22 | J | A | |
| 142. Harbor Int'l | B | Dividend | L | T | Sold (part) | 1/28 | J | A | |
| 143. I Shares Russell 1000 Val. | C | Dividend | K | T | Sold (part) | 12/24 | K | A | |
| 144. Pimco Emerg. Mkts. Bd. | C | Dividend | K | T | | | | | |
| 145. T. Rowe Price Int'l Bd. | C | Dividend | L | T | Sold (part) | 9/10 | L | A | |
| 146. SEI High Yield | A | Dividend | | | Sold | 1/28 | J | A | |
| 147. U.S. Treas. | A | Interest | | | Redeemed | 5/15 | L | A | |
| 148. Vanguard Explorer | C | Dividend | J | T | Sold (part) | 12/24 | K | A | |
| 149. I Shares Russell 200 Val. | B | Dividend | K | T | Sold (part) | 12/24 | K | A | |
| 150. I Shares TIPS | C | Dividend | L | T | | | | | |
| 151. Pimco Real Return | A | Dividend | | | Sold | 1/28 | J | A | |
| 152. Ishs DJ Div. Index | C | Dividend | K | T | Sold (part) | 12/24 | J | A | |
| 153. Ishs IBOXX | D | Dividend | M | T | Buy | 1/31 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Vanguard Inter. Bd | A | Dividend | | | Sold | 1/28 | J | A | |
| 155. Brandywine Blue | B | Dividend | J | T | | | | | |
| 156. Harbor Bond Inst. | D | Dividend | L | T | Sold (part) | 12/24 | K | C | |
| 157. Loomis Sayles Bond | D | Dividend | L | T | Sold (part) | 12/24 | K | A | |
| 158. iShares GCSI Comm. Idx. | A | Dividend | K | T | Buy | 12/24 | K | | |
| 159. iShares MSCI Emer. Mkt. | A | Dividend | K | T | Buy | 1/28 | K | | |
| 160. iShares Russ 1000 Gr. | A | Dividend | J | T | Buy | 9/10 | K | | |
| 161. Lazard Emer. Mkt. | A | Dividend | K | T | Buy | 9/10 | K | | |
| 162. GE Bank CD | A | Interest | L | T | Buy | 12/26 | L | | |
| 163. BMW Bank CD | A | Interest | L | T | Buy | 12/29 | L | | |
| 164. | | | | | | | | | |
| 165. AS&E PS Acct. (CB) (Note 8) | | | | | | | | | |
| 166. SunTrust Stable Asset Fund | | | J | T | | | | | |
| 167. Franklin Sm. Cap. Growth | | | | | Sold | 6/30 | K | | |
| 168. Pimco Total Return | | | M | T | Sold (part) | 12/30 | K | | |
| 169. Lazard Emer. Mkt. | | | K | T | | | | | |
| 170. Artisan Int'l | | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard 500 Index | | | L | T | | | | | |
| 172. STI Sm. Cap. Val. | | | | | Sold | 9/30 | L | | |
| 173. Allianz Div. Val. | | | L | T | | | | | |
| 174. Alliance Bernstein Intern'l | | | K | T | | | | | |
| 175. Amer. Century | | | K | T | Buy | 9/30 | K | | |
| 176. Ridgeworth Sm. Cap. | | | L | T | Buy | 6/30 | L | | |
| 177. | | | | | | | | | |
| 178. Fidelity ▆ | | | | | | | | | |
| 179. Fidelity U.S. Gov't Reserves (Cash) | A | Dividend | L | T | | | | | |
| 180. Dade County Bond | A | Interest | | | Redeemed | 8/1 | J | A | |
| 181. Hillsborough County Bond | A | Interest | | | Redeemed | 8/1 | J | A | |
| 182. SEI Sm. Cap. Gr. | A | Dividend | J | T | | | | | |
| 183. I Shares Russell 1000 Val | B | Dividend | K | T | Sold (part) | 12/24 | J | A | |
| 184. I Shares Russell 1000 Gr. | A | Dividend | K | T | Part Sell | 12/24 | J | B | |
| 185. NASDAQ 100 (Note 9) | | | | | | | | | |
| 186. Royce Low Price | A | Dividend | J | T | Sold (part) | 12/24 | J | A | |
| 187. Fidelity R.E. | A | Dividend | J | T | Buy | 12/24 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Dreyfus Emer. Mkt. | A | Dividend | | | Sold (part) | 1/29 | J | A | |
| 189. Dreyfus Emer. Mkt. | A | Dividend | | | Sold | 9/24 | J | A | |
| 190. Harbor Int'l | A | Dividend | K | T | Sold (part) | 12/24 | J | B | |
| 191. I Shares Cohen & Steers | A | Dividend | J | T | | | | | |
| 192. I Shares Russ 2000 Gr. | A | Dividend | | | Sold | 12/24 | J | A | |
| 193. I Shares S&P Mid-Cap 400 | | | | | Buy | 9/10 | J | | |
| 194. | A | Dividend | | | Sold | 12/24 | J | A | |
| 195. Pimco Emer. Mkt. Bd. | A | Dividend | K | T | Buy | 12/24 | J | | |
| 196. T. Rowe Price Int'l Bd. | | | | | Buy | 1/29 | J | | |
| 197. | A | Dividend | | | Buy | 6/17 | J | | |
| 198. Vanguard Inter. Tax Ex. | | | | | Buy | 4/8 | K | | |
| 199. | C | Dividend | | | Sold | 12/24 | L | A | |
| 200. I Shares TIP Bd. | B | Dividend | K | T | Buy | 6/17 | J | | |
| 201. iShares MSCI Emer. Mkt. | A | Dividend | J | T | Sold (part) | 1/29 | J | A | |
| 202. Tampa Hillsborough Expy. | A | Interest | K | T | | | | | |
| 203. Dodge & Cox Intern'l | A | Dividend | J | T | Buy | 9/10 | J | | |
| 204. Fidelity Tax Free Bd. | | | | | Buy | 1/29 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  . | | | | | Buy | 6/17 | J | | |
| 206. | C | Interest | L | T | Buy | 9/10 | J | | |
| 207.  Loomis Sayles Bd. | B | Dividend | L | T | Buy | 12/24 | K | | |
| 208.  iShares Russell 2000 Val. | A | Dividend | J | T | | | | | |
| 209.  I Shares DJ Sel. | A | Dividend | J | T | | | | | |
| 210.  Power Shares | A | Dividend | J | T | | | | | |
| 211.  Brandywine Blue | A | Dividend | K | T | Buy | 1/29 | J | | |
| 212.  SEI High Yield | A | Dividend | J | T | | | | | |
| 213.  Pimco Real Ret. | A | Dividend | | | Sold | 12/24 | J | A | |
| 214.  Lazard Emer. Mkt. | A | Dividend | J | T | Buy | 9/24 | J | | |
| 215.  iShares Russ. 2000 (Note 9) | A | Dividend | J | T | Buy | 7/11 | J | | |
| 216.  iShares GSCI Commod. | A | Dividend | K | T | Buy | 12/24 | K | | |
| 217.  Vanguard Consumer St. | A | Dividend | J | T | Buy | 5/5 | J | | |
| 218. | A | Dividend | | | Sold | 12/24 | J | | |
| 219.  Harbor Bond Inst. | A | Dividend | K | T | Buy | 11/29 | K | | |
| 220. | A | Dividend | K | T | Buy | 6/17 | J | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. W&M IRA | | | | | | | | | |
| 223. Ishrs TIP | A | Dividend | J | T | | | | | |
| 224. Ishrs IBOXX | A | Dividend | | | Sold | 1/28 | J | A | |
| 225. Ishrs Russell 1000 Val. | A | Dividend | J | T | Buy | 1/28 | J | | |
| 226. Ishrs Russell 2000 Val. | A | Dividend | J | T | | | | | |
| 227. Dreyfus Emer. Mkt. | B | Dividend | | | Sold | 9/10 | J | B | |
| 228. Franklin Strat. Mtg. | A | Dividend | | | Sold | 1/28 | J | D | |
| 229. Harbor Bond | A | Dividend | J | T | Buy | 1/28 | J | | |
| 230. Harbor Int'l | A | Dividend | J | T | | | | | |
| 231. JP Morgan RE | A | Dividend | J | T | | | | | |
| 232. Pimco Emer. Mkt. | A | Dividend | J | T | | | | | |
| 233. Pimco Commod. Real. | A | Dividend | J | T | Sold (part) | 1/28 | J | A | |
| 234. T. Rowe Price Int'l Bd. | A | Dividend | J | T | | | | | |
| 235. SEI High Yield | A | Dividend | | | Sold | 1/28 | J | A | |
| 236. Torray Fd. | A | Dividend | | | Sold | 2/13 | J | A | |
| 237. Vanguard Exp. | A | Dividend | J | T | | | | | |
| 238. Wilshire Lg. Gr. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Fidelity Cash Res. | A | Dividend | J | T | Withdraw | 1/11 | J | A | |
| 240. Lazard Emer. Mkt. | A | Dividend | J | T | Buy | 9/10 | J | | |
| 241. Loomis Sayles Bd. | A | Dividend | J | T | Buy | 1/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) 2. Value Codes (See Columns C1 and D3) 3. Value Method Codes (See Column C2) | A =$1,000 or less F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | B =$1,001 - $2,500 G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 R =Cost (Real Estate Only) V =Other | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 S =Assessment W =Estimated | D =$5,001 - $15,000 H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 T =Cash Market | E =$15,001 - $50,000 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Notes:

1. Name Change.

2. Duplicate Line 67.

3. Listed in error.

4. Duplicate Line 58.

5. Listed in error.

6. Purchased in 2007.

7. Name change.

8. This is an employer-managed account. I do not receive information regarding income, gains or losses. Contributions are reported quarterly.

9. Listed in error.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544